# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-21667-COOKE/TURNOFF

MARLENIS SMART,

    Plaintiff,

vs.

CITY OF MIAMI BEACH, FLORIDA,
a political subdivision,

    Defendant.

_____/

### Plaintiffs Exhibit A Numbered List of Exhibits

Below you will find the Numbered List of Exhibits that are expected to be used by the Plaintiff

| Document No. | Title of Document | Bates No. | Defendants Response |
|---|---|---|---|
|  | All Documents and materials produced from all Public records requests, Summary Judgement, Documents turned into the City during Discovery, all multi-media CD's of interviews that were not transcribed, all documents as provided by the Defendant. |  | II |
| 1 | Electronic Patient Care | 00013 |  |
| 2 | Lt. Cook Lock Womans Restroom | P005142 |  |
| 3 | Letter to Otero | P005143 | D |
| 4 | Ted Cook Lock | P005144 | D |
| 5 | DeGrange Memo station 4 | P005172 |  |
| 6 | Memo Otero to Witness | P005196 |  |
| 7 | Memo from JD Ignored Radio | P005199 |  |
| 8 | Application for F2 Test | P005205 |  |
| 9 | List Seniority | P005206 |  |
| 10 | File Missing | P005279 | H, R |
| 11 | Grievance Suspension | P005285 |  |
| 12 | File Missing | P005306 | H, R, II |
| 13 | File Missing 2 | P005307 | H, R |
| 14 | File Missing 3 | P005310 | H, R |
| 15 | Otero Memo Complaint Station 4 | P005320 |  |
| 16 | Otero Memo to John Incident | P005323 |  |

135884-1

| 17 | Otero Memo to John Incident 2 | P005324 | |
|---|---|---|---|
| 18 | Memo | P005325 | |
| 19 | Amenable parties memo | P005331 | |
| 20 | Memo Jordan Extension | P005400 | R, S/L |
| 21 | Memo From Myra HR | | II |
| 22 | Memo Otero Complaint | P005455 P005456 | S/L |
| 23 | Memo from Carlton | P006176 – 81 | R, I, UP |
| 24 | Memo from Carlton | P006183 P006185 P006190 P006192 P006194 P006197 P006198 | R, I, UP |
| 25 | Discpline Suspension Hemstreet | P006246 P006247 | R |
| 26 | Eric to Porter | P006283 P006284 | |
| 27 | Eric to Rueben | P006292 P006293 | R |
| 28 | Barbera Memo Gary | P005488 | |
| 29 | Email Applicants FII trest | P005489 | |
| 30 | Otero to Robin Schwartz | P005515 | R, II |
| 31 | Eric Berg CD | P005519 P005525 | |
| 32 | Otero to my class | P005566 – 86 | D |
| 33 | Eric Berg Email | P005592 | |
| 34 | Otero to Dorleus Joubert | P005595 | |
| 35 | Smart to Otero | P005602 – 4 | |
| 36 | Judy to all chiefs | P005614 – 18, 19 | DNM, S/L |
| 37 | Otero Letter to Todd | P005617 | |
| 38 | Otero to Smart | P005629 | |
| 39 | Sola to Otero / Davison / Chisholm | P005635-39 | |
| 40 | Otero to Reese Complaint | P005651 - 7 | |
| 41 | To John CC Yuhr | P005662 | |
| 42 | John to Otero Amenable Parties Meeting | P005664,5,7,9 | |
| 43 | Otero to Brown Dwight and Me | P005752 – 4 | R, S/L |
| 44 | Robin to Eric | P005784 | R, INC |
| 45 | Disciplinary Action | P005800 – 9 | R |
| 46 | 30 Day Suspension | P005865 | INC |
| 47 | EEOC Date Mediation grievance, Pre determination hearing | P005867 | DNM |
| 48 | Smart Vs. Todd | P006000 – | P, R, INC |

135884-1

| | | | |
|---|---|---|---|
| | | 6030 | |
| 49 | Smart to Otero (Schwartz) | P006104 P006105 P006108 | R, UP |
| 50 | Smart to Columbano | P006125 | R, S/L |
| 51 | Columbano Memo | P006126, 8 | INC, R, S/L |
| 52 | Henry and Russ | P006130 – 51 | DNM<br><br>6130 – 33 S/L, INC, R<br><br>6134 – 6147 DNM |
| 53 | Parrino to Robin | P0A07287 P0A07348 – 97 | |
| 54 | Days Remediation (Public Records Request) | P0A07282 – P0A08079 | UTL |
| 55 | Remediation Weisberg PRR | P006371 – P006517 | 91 – 96 R, UP<br><br>97 – 501 R, H, D<br><br>501 – 515 R, D |
| 56 | Columbano to Smart | P006526 | S/L, R |
| 57 | Lt From Lt. Cook | P006529 – P006538 | S/L, R, UP |
| 58 | Incidents | P006558 - P006562 | S/L, R, UP |
| 59 | Applicant for FII | P006596 | |
| 60 | Grievance 8/13/08 | P006627 – P006640 | INC, H, II |
| 61 | PRR | P006641 – P006663 | R, H |
| 62 | Grievance request bid transfer | P006705 | II, DNM |
| 63 | Carlton incident support service | P006912 – P006921 | H, R |
| 64 | Barbera 1/22/09 | P006930 – 6962 | II, R, DNM, UP |
| 65 | Incident Verbal Session | P006973, 81, 90 | INC, DNM, R |
| 66 | Eric Berg Review | P007070, 71, 73 | DNM, R |
| 67 | Letter of Complaint | P007082 – 85 | S/L, R, II, |

135884-1

|  |  |  | DNM |
|---|---|---|---|
| 68 | Letter from Smart | P007103 – P007160 | R, H,D, DNM, INC, II |
| 69 | Evaluations | P007216 – 42 | DNM, II, S/L, R, H |
| 70 | Steve Phillips to Noel | P0A08141,2 P005059, 60 | UTL |
| 71 | Requested Admin Leave | P0A08243 P005161 |  |
| 72 | Barbera John to Sola | P0A08080 - 82 | UTL |
| 73 | Otero to Scott Todd | 03378 |  |
| 74 | Otero to Dorleus | 03307 |  |
| 75 | Otero to Berg | 03302 | S/L, R, UP |
| 76 | Smart 2/25/08 | 03297 |  |
| 77 | Otero to Berg | 03292 |  |
| 78 | From JD | 03287 |  |
| 79 | Davison / Smart Conversation | 03276 |  |
| 80 | Research Request | 002291 |  |
| 81 | Myra B | P000613 | S/L, R, UP |
| 82 | Dr. Note Dentist | P000614 | S/L, R, UP |
| 83 | Dr. Note Dentist 2 | P000615 | S/L, R, UP |
| 84 | Eval 2/12/07 | 00386 – 91 | DNM |
| 85 | Eval 3/30/07 | 00230 – 42 | DNM |
| 86 | Removal / termination | 00403 | DNM |
| 87 | Smart to City | 03303 – 06 |  |
| 88 | Memo | 00384 | DNM |
| 89 | Complaint | 03293-96 |  |
| 90 | Around Jan 3 2008 | 04244 – 53 |  |
| 91 | Memo | 03288 – 91 |  |
| 92 | All documents submitted Summary Judgement |  | II, H, R |
| 93 | Picture with Union Press and commissioner | 002396 | R |
| 94 | All documents from EEOC complaint – statement of position | 00003 – 00070 | H, R, UP, S/L |
| 95 | Smart Lock | 00173 | A, H, UP |
| 96 | Letter Smart Doc | 00176 | H, A, UP |
| 97 | Sinus Surgery Memo | 001587 | S/L, R |
| 98 | ISC incident report | 001577- 88 | R, H |
| 99 | Wrist Ladder | 001641 | S/L, R, UP |
| 100 | All Documents to Dept of Health FL | 00007 - | A, DNM, H, R, INC |
| 101 | Med director  All documents | 00343 – 6 | A, DNM, H, R, INC |
| 102 | Med director All documents | 00082 – 85 | A, DNM, H, R, INC |

135884-1

| | | | |
|---|---|---|---|
| 103 | All Documents pertaining to rescue call Jan 14, 08 | | II |
| 104 | Memo pertaining to 3rd medic | 00026 | DNM, II |
| 105 | All documents | 0001- 00822 | A, DNM, H, R |
| 106 | Memo | 00152 – 00155 | |
| 107 | Memo copy of file | 00185 | INC, R, H |
| 108 | Memo complailnt 2/25/08 | 00159 | S/L, R, UP |
| 109 | Complaints | 00174 – 00259 | II, R, H, UP |
| 110 | All documents turned in during discovery | P8000-P8120 | D, H, R, II, UP |
| 111 | Evals | 00134 | INC, S/L, R, UP |
| 112 | Evals | 00421 | DNM, II |
| 113 | F2 Exam doc | 03006 | |
| 114 | Book list f2 exam | 03000 | |
| 115 | File missing | P000617 – P000625 | H, R, D |
| 116 | HR file | 001276 – 001676 | II, H, R |
| 117 | Local News | 00416 | H, R, UP |
| 118 | Extension memo | 001574 | A, R, S/L, UP |
| 119 | Feb 15th | 001575 | S/L, H, R |
| 120 | Extension prob | 001610 | S/L, R, UP |
| 121 | Memo Floyd Jordan | 001581 | S/L, R, UP |
| 122 | All docs and exhibits Mark Barbera | 002368 | DNM, UP, H |
| 123 | All docs and exhibits wit Mark Schwartz | 001559 | DNM, UP, H |
| 124 | All Police reports | | II, H, R, UP |
| 125 | Suspension papers | 00352 – 00360 | |
| 126 | Removal / termination | 00295 | INC |
| 127 | Emails HR docs | 03601 – 03615 | |
| 128 | Female Station 2 | 00228 – 00280 | H, DNM |
| 129 | Police Investigation Picture | | II |
| 130 | Grievance / City | 001209 | INC |
| 131 | Memo HR | 001262 | S/L, R, H, UP |

135884-1

Below you will find the numbered list of Exhibits that May be used by the Plaintiff

| Document No. | Title of Document | Bates No. | Defendants Response |
|---|---|---|---|
|  | All Documents and materials produced from all Public records requests, Summary Judgement, Documents turned into the City during Discovery, all multi-media CD's of interviews that were not transcribed, all documents as provided by the Defendant. |  | II |
| 1 | Electronic Patient Care | 00013 |  |
| 2 | Lt. Cook Lock Womans Restroom | P005142 |  |
| 3 | Letter to Otero | P005143 | D |
| 4 | Ted Cook Lock | P005144 | D |
| 5 | DeGrange Memo station 4 | P005172 |  |
| 6 | Memo Otero to Witness | P005196 |  |
| 7 | Memo from JD Ignored Radio | P005199 |  |
| 8 | Application for F2 Test | P005205 |  |
| 9 | List Seniority | P005206 |  |
| 10 | File Missing | P005279 | H, R |
| 11 | Grievance Suspension | P005285 |  |
| 12 | File Missing | P005306 | H, R, II |
| 13 | File Missing 2 | P005307 | H, R |
| 14 | File Missing 3 | P005310 | H, R |
| 15 | Otero Memo Complaint Station 4 | P005320 |  |
| 16 | Otero Memo to John Incident | P005323 |  |
| 17 | Otero Memo to John Incident 2 | P005324 |  |
| 18 | Memo | P005325 |  |
| 19 | Amenable parties memo | P005331 |  |
| 20 | Memo Jordan Extension | P005400 | R, S/L |
| 21 | Memo From Myra HR |  | II |
| 22 | Memo Otero Complaint | P005455 P005456 | S/L |
| 23 | Memo from Carlton | P006176 – 81 | R, I, UP |
| 24 | Memo from Carlton | P006183 P006185 P006190 P006192 P006194 P006197 P006198 | R, I, UP |
| 25 | Discpline Suspension Hemstreet | P006246 P006247 | R |
| 26 | Eric to Porter | P006283 P006284 |  |

135884-1

| | | | |
|---|---|---|---|
| 27 | Eric to Rueben | P006292<br>P006293 | R |
| 28 | Barbera Memo Gary | P005488 | |
| 29 | Email Applicants FII trest | P005489 | |
| 30 | Otero to Robin Schwartz | P005515 | R, II |
| 31 | Eric Berg CD | P005519<br>P005525 | |
| 32 | Otero to my class | P005566 – 86 | D |
| 33 | Eric Berg Email | P005592 | |
| 34 | Otero to Dorleus Joubert | P005595 | |
| 35 | Smart to Otero | P005602 – 4 | |
| 36 | Judy to all chiefs | P005614 – 18, 19 | DNM, S/L |
| 37 | Otero Letter to Todd | P005617 | |
| 38 | Otero to Smart | P005629 | |
| 39 | Sola to Otero / Davison / Chisholm | P005635-39 | |
| 40 | Otero to Reese Complaint | P005651 - 7 | |
| 41 | To John CC Yuhr | P005662 | |
| 42 | John to Otero Amenable Parties Meeting | P005664,5,7,9 | |
| 43 | Otero to Brown Dwight and Me | P005752 – 4 | R, S/L |
| 44 | Robin to Eric | P005784 | R, INC |
| 45 | Disciplinary Action | P005800 – 9 | R |
| 46 | 30 Day Suspension | P005865 | INC |
| 47 | EEOC Date Mediation grievance, Pre determination hearing | P005867 | DNM |
| 48 | Smart Vs. Todd | P006000 – 6030 | P, R, INC |
| 49 | Smart to Otero (Schwartz) | P006104<br>P006105<br>P006108 | R, UP |
| 50 | Smart to Columbano | P006125 | R, S/L |
| 51 | Columbano Memo | P006126, 8 | INC, R, S/L |
| 52 | Henry and Russ | P006130 – 51 | DNM<br><br>6130 – 33<br>S/L, INC, R<br><br>6134 – 6147<br>DNM |
| 53 | Parrino to Robin | P0A07287<br>P0A07348 – 97 | |
| 54 | Days Remediation (Public Records Request) | P0A07282 – P0A08079 | UTL |
| 55 | Remediation Weisberg PRR | P006371 – | 91 – 96 |

135884-1

|    |                                  | P006517              | R, UP                  |
|----|----------------------------------|----------------------|------------------------|
|    |                                  |                      | 97 – 501 R, H, D       |
|    |                                  |                      | 501 – 515 R, D         |
| 56 | Columbano to Smart               | P006526              | S/L, R                 |
| 57 | Lt From Lt. Cook                 | P006529 – P006538    | S/L, R, UP             |
| 58 | Incidents                        | P006558 - P006562    | S/L, R, UP             |
| 59 | Applicant for FII                | P006596              |                        |
| 60 | Grievance 8/13/08                | P006627 – P006640    | INC, H, II             |
| 61 | PRR                              | P006641 – P006663    | R, H                   |
| 62 | Grievance request bid transfer   | P006705              | II, DNM                |
| 63 | Carlton incident support service | P006912 – P006921    | H, R                   |
| 64 | Barbera 1/22/09                  | P006930 – 6962       | II, R, DNM, UP         |
| 65 | Incident Verbal Session          | P006973, 81, 90      | INC, DNM, R            |
| 66 | Eric Berg Review                 | P007070, 71, 73      | DNM, R                 |
| 67 | Letter of Complaint              | P007082 – 85         | S/L, R, II, DNM        |
| 68 | Letter from Smart                | P007103 – P007160    | R, H, D, DNM, INC, II  |
| 69 | Evaluations                      | P007216 – 42         | DNM, II, S/L, R, H     |
| 70 | Steve Phillips to Noel           | P0A08141,2 P005059, 60 | UTL                  |
| 71 | Requested Admin Leave            | P0A08243 P005161     |                        |
| 72 | Barbera John to Sola             | P0A08080 - 82        | UTL                    |
| 73 | Otero to Scott Todd              | 03378                |                        |
| 74 | Otero to Dorleus                 | 03307                |                        |
| 75 | Otero to Berg                    | 03302                | S/L, R, UP             |
| 76 | Smart 2/25/08                    | 03297                |                        |
| 77 | Otero to Berg                    | 03292                |                        |
| 78 | From JD                          | 03287                |                        |
| 79 | Davison / Smart Conversation     | 03276                |                        |

135884-1

| 80 | Research Request | 002291 | |
| --- | --- | --- | --- |
| 81 | Myra B | P000613 | S/L, R, UP |
| 82 | Dr. Note Dentist | P000614 | S/L, R, UP |
| 83 | Dr. Note Dentist 2 | P000615 | S/L, R, UP |
| 84 | Eval 2/12/07 | 00386 – 91 | DNM |
| 85 | Eval 3/30/07 | 00230 – 42 | DNM |
| 86 | Removal / termination | 00403 | DNM |
| 87 | Smart to City | 03303 – 06 | |
| 88 | Memo | 00384 | DNM |
| 89 | Complaint | 03293-96 | |
| 90 | Around Jan 3 2008 | 04244 – 53 | |
| 91 | Memo | 03288 – 91 | |
| 92 | All documents submitted Summary Judgement | | II, H, R |
| 93 | Picture with Union Press and commissioner | 002396 | R |
| 94 | All documents from EEOC complaint – statement of position | 00003 – 00070 | H, R, UP, S/L |
| 95 | Smart Lock | 00173 | A, H, UP |
| 96 | Letter Smart Doc | 00176 | H, A, UP |
| 97 | Sinus Surgery Memo | 001587 | S/L, R |
| 98 | ISC incident report | 001577- 88 | R, H |
| 99 | Wrist Ladder | 001641 | S/L, R, UP |
| 100 | All Documents to Dept of Health FL | 00007 - | A, DNM, H, R, INC |
| 101 | Med director All documents | 00343 – 6 | A, DNM, H, R, INC |
| 102 | Med director All documents | 00082 – 85 | A, DNM, H, R, INC |
| 103 | All Documents pertaining to rescue call Jan 14, 08 | | II |
| 104 | Memo pertaining to 3rd medic | 00026 | DNM, II |
| 105 | All documents | 0001- 00822 | A, DNM, H, R |
| 106 | Memo | 00152 – 00155 | |
| 107 | Memo copy of file | 00185 | INC, R, H |
| 108 | Memo complailnt 2/25/08 | 00159 | S/L, R, UP |
| 109 | Complaints | 00174 – 00259 | II, R, H, UP |
| 110 | All documents turned in during discovery | P8000-P8120 | D, H, R, II, UP |
| 111 | Evals | 00134 | INC, S/L, R, UP |
| 112 | Evals | 00421 | DNM, II |
| 113 | F2 Exam doc | 03006 | |
| 114 | Book list f2 exam | 03000 | |
| 115 | File missing | P000617 – P000625 | H, R, D |

135884-1

|     |                                          |                 |              |
| --- | ---------------------------------------- | --------------- | ------------ |
| 116 | HR file                                  | 001276 – 001676 | II, H, R     |
| 117 | Local News                               | 00416           | H, R, UP     |
| 118 | Extension memo                           | 001574          | A, R, S/L, UP |
| 119 | Feb 15th                      | 001575          | S/L, H, R    |
| 120 | Extension prob                           | 001610          | S/L, R, UP   |
| 121 | Memo Floyd Jordan                        | 001581          | S/L, R, UP   |
| 122 | All docs and exhibits Mark Barbera       | 002368          | DNM, UP, H   |
| 123 | All docs and exhibits wit Mark Schwartz  | 001559          | DNM, UP, H   |
| 124 | All Police reports                       |                 | II, H, R, UP |
| 125 | Suspension papers                        | 00352 – 00360   |              |
| 126 | Removal / termination                    | 00295           | INC          |
| 127 | Emails HR docs                           | 03601 – 03615   |              |
| 128 | Female Station 2                         | 00228 – 00280   | H, DNM       |
| 129 | Police Investigation Picture             |                 | II           |
| 130 | Grievance / City                         | 001209          | INC          |
| 131 | Memo HR                                  | 001262          | S/L, R, H, UP |

Other Agreed to Abbreviations for Objections:
DNM – Description does not match Bates Numbers
D – Excessively duplicative
S/L – Statute of Limitations
II – Insufficiently identified
INC – Incomplete
UTL – Unable to locate

135884-1