# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-21667-COOKE/TURNOFF

MARLENIS SMART,

    Plaintiff,

vs.

CITY OF MIAMI BEACH, FLORIDA,
a political subdivision,

    Defendant.
_____/

## DEFENDANT'S TRIAL EXHIBIT LIST

### Exhibits Defendant Expects to Offer

1. City of Miami Beach Personnel Rules
2. City of Miami Beach Fire Dept. Rules and Regulations
3. Deposition of Marlenis Smart
4. DVD Video of Deposition of Marlenis Smart
5. Collective Bargaining Agreement with Firefighters
6. City of Miami Beach Fire Department S.O.G.
7. City of Miami Beach Fire Dept. Medical Operational Manual
8. Patient Case Report MSMC copy (Def's Production Bates No. 00319 - 00320)
9. Patient Care Report – Submitted Report (Def's Production Bates No. 00321 - 00325)
10. Miami Beach Fire Dept. Server Printout of PCR's (Def's Production 00326)
11. Letter from Fred Keroff to Chief Del Favero dated 2/6/2008 re: Marlenis Smart
12. Letter from Fred Keroff to Chief Del Favero dated 2/6/08 re: Samuel Spadone
13. Letter from Fred Keroff to Chief Del Favero dated 2/6/08 re: Cary Johnson
14. Walter Carroll's Signed Statement
15. Synopsis of Interviews - Marlenis Smart
16. Synopsis of Interviews – Cary Johnson
17. Synopsis of Interviews – Sam Spadone
18. Synopsis of Interviews Cary Johnson (Def's Production 00995 – 00997)

135881-1

19. Synopsis of Interviews Fire Fighter 1 Sam Spadone (Def's Production 00998 – 01001)
20. Synopsis of Interviews Marlenis Smart (Def's Production 01002 – 01010)
21. Synopsis of Interviews Robert Dowling (Def's Production 01041 – 01045)
22. Synopsis of Interviews Captain Degrange (Def's Production 01046)
23. Synopsis of Interviews Captain Yuhr (Def's Production 01047 – 01049)
24. Intent to Discipline dated April 17, 2008 with attachments re: Smart (Smart Ex. 15)
25. Electronic Patient Care Reporting dated 7/26/2007 (Smart Ex. 16)
26. Excerpt Paramedic Textbook (Smart Ex. 17)
27. Memorandum from Ramiro Inguanzo to Jorge M. Gonzalez dated 5/15/08 re: Request for Approval of Suspension Marlenis Smart; Final Action to Discipline date 5/29/08 (Def's Production 00352 – 00400)
28. Final Action to Discipline with Notation of Smart's Refusal to sign 5/29/09 (Def's Production 01114 – 01119)
29. Documents from Dr. Goldschmidt
30. Dr. Goldschmidt's Report
31. Dr. Goldschmidt's CV
32. IME of Marlenis Smart
33. Plaintiff's Responses to Defendant's First Request for Production (Smart Ex. 1)
34. Emails re: Women's calendar try out (Smart Ex. 2A)
35. Email with Pictures from Marlenis Smart to Firevenger@aol.com dated 1/31/2008 re: 2009 Application Americas Female Firefighters Calendar (Smart Ex. 2B)
36. Plaintiff's Responses to Defendant's First Set of Interrogatories (Smart Ex. 3)
37. Memorandum from Captain Tom Samperi to Div. Chief dated 2/25/2008 re: FF Marlenis Smart's complaint regarding Lt. Todd (Smart Ex. 11)
38. Memorandum from Javier Otero to Eric Yuhr dated 3/1/2008 with exhibits (Smart Ex. 12)
39. Table of Contents to Exhibit 13 from City's Response to the EEOC (Def's Production 00141)
40. Todd Audio Recording Transcript Exhibit A
41. Samperi Memorandum Exhibit B (Def's Production 00158 – 00159)
42. Reardon Memorandum Exhibit C (Def's Production 00160 – 00162)
43. Martinez Memorandum Exhibit D (Def's Production 00164 – 00168)
44. Cook Memorandum Exhibit E (Def's Production 00170 – 00171)
45. Berg Audio Recording Transcript Exhibit F

46. Reese Audio Recording Transcript Exhibit G
47. Smart emails Exhibit H (Def's Production 00179 – 00189)
48. Degrange emails Exhibit I (Def's Production 00190 – 00194)
49. Emails from Classmates Exhibit J (Def's Production 00195 – 00212)
50. Martinez Exhibit K (Def's Production 00213 – 00215)
51. Dorleus Exhibit L (Def's Production 00216 – 00219)
52. Telestaff Report Exhibit M (Def's Production 00220 – 00225)
53. John Jaremko Exhibit N (Def's Production 00226 – 00253)
54. Carleton Davison Exhibit O (Def's Production 00254 – 00279)
55. Misc. Emails Exhibit P (Def's Production 00280 – 00293)
56. Email conversation between Marlenis Smart, Javier Otero, and John Jaremko; List of verbal allegations by Marlenis Smart (Smart Ex. 13)
57. Email conversation between Marlenis Smart and Javier Otero dated 2/14/2008, response dated 2/15/2008 and 2/16/2008 (Smart Ex. 14)
58. Summary of CVSA Interview re: Applicant Marlenis Smart (Smart Ex. 18)
59. Email conversation between Marlenis Smart and Javier Otero dated 9/23/2008 re: review of counseling session conducted Sep 19th 2008 (Smart Ex. 19)
60. Email conversations re: air mask defects (Smart Ex. 20)
61. Email from Deede Weithorn re: Tour of Fire House 2,4 with Adonis date: 3/18/2008 (Smart Ex. 21)
62. Email from Marlenis Smart to jmeyer@meyercommunities.com dated 1/23/2007, No subject (Smart Ex. 22)
63. Walter Carroll Grievance and Attachments (Smart Ex. 24)
64. Composite of documents re: personal items missing (Smart Ex. 25)
65. Letter from Jesus Sola to Chris Parrino dated 3/7/2008 re: Remediation Status/Recommendations (Smart Ex. 26)
66. Email conversation between Marlenis Smart and Javier Otero beginning on 3/17/2008 re: Smart March 15, 2008 (Smart Ex. 27)
67. Email conversation between John Jaremko and Marlenis Smart beginning 1/27/2008 (Smart Ex. 28)
68. Composite of Emails between Marlenis Smart and personnel involved in the case (Smart Ex. 29)
69. Letter from Marlenis Smart to City of Miami Beach Human Resources dated 4/20/2008 (Smart Ex. 30)
70. Medication Sheet from Robert S. Tomchik M.D. re: Marlenis Smart (Smart Ex. 31)
71. Composite of documents re: Marlenis Smart Incident Investigation (Smart Ex. 32)

135881-1

72. Offense Incident Report Miami Shores Police Department (Smart Ex. 33)
73. Letter from Richard McNelis Florida Dept. Health to Marlenis Smart dated 11/4/2008 re: Case No. 2008-14439; Settlement Stipulation and Consent to Discipline (Smart Ex. 34)
74. Letter from Marlenis Smart to Richard McNelis re: Case No. 2008-14439 (Smart Ex. 35)
75. Letter from Richard McNelis to Marlenis Smart dated 11/6/2008 re: Case No. 2008-14439 (Smart Ex. 36)
76. Composite of Emails re: Marlenis Smart and Lt. Barbera confrontation (Smart Ex. 37)
77. Marlenis Smart EEOC Charge documents (Smart Ex. 38)
78. Marlenis Smart's Grievance reply with Grievance attached (Smart Ex. 39)
79. Affidavit of Marlenis Smart (Smart Ex. 40)
80. Miami Beach Police Report
81. FMLA Request/Authorization Form re: Marlenis Smart and Activity Report form (Def's Production 02517 – 02523)
82. FMLA Approval/Denial Notification to Employee and Department (Def's Production 02526 – 02534)
83. FMLA Request/Authorization Form re: Smart July 2008 (Def's Production 02535 – 02550)
84. Emails dated 7/2/2008 re: FMLA application re: Smart
85. Email from Marlenis Smart to Barry re: FMLA with attachment
86. Email conversation between Javier Otero and Marlenis Smart beginning 6/27/08 re: request for ADMIN leave
87. Email Chain beginning Javier Otero to Marlenis Smart dated 6/27/08 re: request for ADMIN leave
88. Email Chain beginning Thomas Sampero to Javier Otero dated 7/14/09 re: Marlenis Smart
89. EEOC Charge filed by Walter Carroll 1/30/09 #510-2009-02093
90. Dismissal with Notice of Right to Sue #510-2009-02093
91. EEOC Charge filed 3/21/08 by Marlenis Smart with attached continuation of statement
92. Email from Marlenis Smart to Mercedes Ricardo of EEOC 7/21/09 re: investigation closed
93. Right to Sue mailed to Smart 9/29/09
94. Email from Smart to Mercedes Ricardo re: request of right to sue and funding inconclusive
95. Grievance Reply by Marlenis Smart

135881-1

| | |
|---|---|
| 96. | Email from Marlenis Smart to Mercedes Ricardo dated 9/3/08 attaching response to City's position statement |
| 97. | Email from Marlenis Smart to Mercedes Ricardo dated 8/25/08 |
| 98. | Composite of Emails forwarded by Marlenis Smart to Mercedes Ricardo |
| 99. | Email from Marlenis Smart to Mercedes Ricardo dated 9/2/2008 re: Smart |
| 100. | Email Chain beginning Marlenis Smart to Thomas Samperi dated 2/25/2009 re: please forward up to C.O.C. |
| 101. | City of Miami Beach Grievance Reply Form re: Marlenis Smart 6/6/08 (Def's Production 00839 – 00844) |
| 102. | Email conversation between Jorge Sanabria and Ramiro Inguanzo beginning 6/6/08 re: Marlenis Smart Grievance |
| 103. | Marlenis Smart Grievance re: anniversary date (Def's Production 02264 – 02292) |
| 104. | Walter Carroll Grievance with exhibits |
| 105. | City of Miami Beach Employee Policies and Procedures |
| 106. | Article 3 Grievance Procedure |
| 107. | Breaches of Discipline 1600.06 |
| 108. | Prevention of Workplace Violence |
| 109. | Admin Regulations of MBFD Investigating Complaints Against Personnel (Def's Production 00130 – 00132) |
| 110. | Procedure 29.9 dated 8/06 re: Marking corrections on Patient Care records (Def's Production 01022) |
| 111. | Admin Regulations of MBFD Assignment of Overtime (Def's Production 00425 – 00426) |
| 112. | City of Miami Beach Fire Department Rules and Regulations October 2003 (Def's Production 00446 – 00456) |
| 113. | City of Miami Beach Employee Handbook Signed (Def's Production 001055) |
| 114. | City of Miami Beach Policies and Procedures Revised January 2001 (Def's Production 01801 – 01842) |
| 115. | Miami Beach Employee Guide (Def's Production 01844 – 01861) |
| 116. | City of Miami Beach Personnel Rules (Def's Production 01863 – 01928) |
| 117. | Agreement between Miami Beach and the Fire Fighters of Miami Beach International Association of Fire Fighters Local 1510 (Def's Production 01929 – 02001) |
| 118. | Policy Directory (Def's Production 02002 – 02044) |
| 119. | Email from Javier Otero to Fire Dept. dated 10/3/08 with Memorandum re: Investigation of Discrimination, harassment and Work Place Violence |

120. Agreement Between City of Miami Beach and IAFF Local 1510 October 1, 2003 – Sept. 30, 2006 (Def's Production 02298 – 02353)
121. Email from Michael Fritz to Javier Otero dated 1/7/09 re: Announcements and Booklists
122. City of Miami Beach Fire Dept. Policy on No Tolerance for Discrimination and Harrassment (Def's Production Bates 00289 – 00293)
123. Miami Beach Fire Dept. Assignment of Overtime dated 6/2/2006
124. Miami Beach Fire Dept Investigating Complaints Against Personnel dated 5/16/2005
125. Discrimination Complaint Procedure
126. Memo from Eric Yuhr to Fire Department re: Investigation of Discrimination Harassment and Work Place Violence (Def's Production 02380)
127. Firefighter Job Description (Def's Production 02381 – 02387)
128. Medical Director's Authority to Remove Protocol certification reversed by arbitrator
129. Pictures of Storeroom
130. Pictures of bathroom in question
131. Letter from Ronald Rodman to Matti Herrera dated 4/5/2010 re: Douglas Soriano
132. Memorandum from Eric Yuhr to Ed Del Favero dated 2/28/08 re: Rescue Incident #800734 (Def's Production 00969 – 00974)
133. Memorandum from Eric Yuhr to Ramiro Iguanzo dated 4/11/08 re: Rescue Incident #800734 (Def's Production 00975- 00982)
134. Email from Christopher Parrino to Robin Porter dated 3/13/08 re: Requested document
135. Email from Jesus Sola to Christopher Parrino with Remediation memo attached beginning 2/22/2008
136. Email from conversation between Carleton Davison and Marlenis Smart beginning 2/5/08 re: work status
137. Email chain beginning with Carleton Davison and Marlenis Smart dated 2/5/08 re: Works Status
138. Email from Clifton Leonard to Javier Otero dated 2/28/08 re: work status
139. Letter from Fred Keroff to Chief Del Favero dated 2/6/08 re: Samuel Spadone (Def's Production 00343 – 0344)
140. Letter from Fred Keroff to Chief Del Favero dated 2/6/08 re: Cary Johnson (Def's Production 00345 – 00346)
141. Memorandum from Ed Delfavero to Marlenis Smart dated 2/7/08 re: Shift Re-assignment (Def Production 00348)

135881-1

142. Memorandum from Ed Delfavero to FF1 Sam Spadone dated 2/7/08 re: Shirt Re-assignment (Def Production 00349)
143. Memorandum from Ed Delfavero to FF1 Cary Johnson dated 2/7/08 re: Shift Re-assignment (Def Production 00350)
144. Memorandum from Eric Yuhr to Ed Del Favero dated 2/28/08 re: Rescue Incident #800734
145. Memorandum from Ed Del Favero to Eric Yuhr dated 3/7/08 re: Alarm number 800734 aka Fountainbleu Hilton Palm Tree
146. Memorandum from Eric Yuhr to Marlenis Smart dated 3/14/08 re: Shift Reassignment
147. Email from David Lang to Frederick Keroff and Christopher Parrino dated 1/15/2008 re: trauma patient
148. Letter from Fred Keroff to Chief Yuhr dated 3/13/2008 re: Marlenis Smart
149. Email conversation between Marlenis Smart, Javier Otero and Thomas Samperi beginning 10/15/2007 re: incident on October 11 Smart/ Schwartz
150. Email from Anthony Amoruso to Javier Otero dated 10/19/2007 re: argument @ station 3
151. Email from Marlenis Smart to Javier Otero dated 10/15/07 re: incident on October 11 Smart/Schwartz
152. Memorandum from Javier Otero to Mark Schwartz FFII and Marlenis Smart FFI dated 11/15/07 (Def's Production 01148 – 01149)
153. Memorandum from Mark Schwartz to Chief Otero dated 11/12/07 re: Smart (Def's Production 01561 – 01562)
154. Email from Marlenis Smart to Javier Otero dated 10/15/07 re: incident on October 11 Smart/Schwartz (Def's Production 01563)
155. Document re: Investigation of October 2007 incident (Def's Production 01564 – 01570)
156. Memorandum from Captain Tom Samperi to Chief Otero dated 2/25/08 re: FF Marlenis Smart's complaint regarding Lt. Todd
157. Memorandum to Scott Todd re: Todd v. Smart complaint dated 9/23/08 with emails dated 5/10/08 and 5/9/08 and handwritten notes
158. Email from Javier Otero to Scott Todd with attachments dated 2/22/08 re: documented incidents from Smart (Def's Production 03378 – 03385)
159. Email from Marlenis Smart to Javier Otero dated 2/8/08 with attachments re: documented incidents from Smart (Def's Production 03386 -03390)
160. Letter from John Jaremko to Marlenis Smart dated 1/8/08
161. Email conversation between Marlenis Smart, John Jaremko and Walter Carroll beginning 1/23/2008 re: personnel conflict
162. Email from Marlenis Smart to John Jaremko No subject dated 1/27/08

135881-1

| | |
|---|---|
| 163. | Email from John Jaremko to Marlenis Smart dated 2/1/2008 re: conflict resolution |
| 164. | Email conversation between Javier Otero, John Jaremko and Marlenis Smart beginning 2/1/08 with verbal allegations attached |
| 165. | Email from Carleton Davison to Javier Otero beginning 2/29/08 No subject |
| 166. | Email conversation between Marlenis Smart and Javier Otero beginning 2/14/2008 re: addendum to original letter |
| 167. | Letter from Marlenis Smart to City of Miami Beach Human Resources dated 4/20/2008 |
| 168. | Email Chain beginning with Marlenis Smart to Javier Otero dated 2/8/08 re: documented incidents from Smart |
| 169. | Email Chain beginning Marlenis Smart to Javier Otero dated 7/15/09 re: uniform |
| 170. | Email from Javier Otero to Marlenis Smart dated 3/10/08 re: conversation |
| 171. | Composite of Emails 3/10/2008 – 3/21/2008 re: investigation of complaint |
| 172. | Email Chain beginning Marlenis Smart to Property Management Work Requests dated 6/29/09 |
| 173. | Email Chain beginning Marlenis Smart to Thomas Samperi dated 12/30/08 No subject |
| 174. | Email Chain beginning with Christopher Parrino to Judy Hernandez, Javier Otero, David Noel and Sonia Machen dated 2/22/08 re: IAFF Public Records Request 2/13/08 |
| 175. | Email Conversation between Javier Otero and John Jaremko beginning 1/7/08 re: FF M. Smart |
| 176. | Email conversation between Robin Porter and Javier Otero beginning 7/14/08 re: Prior Disciplinary Actions |
| 177. | Email conversation between Robin Porter and Javier Otero dated 7/10/08 re: Please read this paragraph and let me know... |
| 178. | Email Chain beginning Marlenis Smart to Javier Otero dated 2/5/08 re: documents incidents from Smart |

### **Exhibits Defendant May Offer if the Need Arises**

1. Personnel file of Sam Spadone
2. Personnel file of Cary Johnson
3. Personnel File of Lori Andolina
4. Personnel File of Carlos Alonso
5. Personnel File of Robert Bedell
6. Personnel File of Jeremy Bloomfield

135881-1

7. Personnel File of Henry Bryant
8. Personnel File of Millyes Gomez
9. Personnel File of Valerie Montgomery
10. Personnel File of Lori Riley
11. Personnel File of Raul Sanchez
12. Personnel File of Angel Santos
13. Personnel File of Marlenis Smart
14. Personnel File of Mark Schwartz
15. Personnel File of Edward Thorpe
16. Personnel File of Scott Todd
17. Personnel File for Alexander Nunez
18. Personnel File for Bryan Baez
19. Personnel File of Aurelio Maduro
20. Personnel File for any plaintiff's witness
21. Personnel File of any person Plaintiff argues to be a "comparator"
22. Telestaff Payroll Report for 01/01/2006 – 03/25/08 (Def's Production 00402 – 00413)
23. Payroll Adjustments (Def's Production 00918 – 00936)
24. Payroll Adjustments (Def's Production 00938 – 00944)
25. Composite of Salary Adjustment Calculation (Def's Production 00952 – 00960)
26. Email Chain beginning with David Degrange to Javier Otero and Eric Yuhr dated 11/20/07 re: Pay issues
27. Email conversation from Javier Otero to Marlenis Smart beginning 11/30/07 re: Pay issues
28. Email from Eric Yuhr to Tom Columbano dated 9/8/05 re: Missing Checks
29. Miami Beach Fire Department Employees Seniority List dated 11/24/2010
30. Email Chain beginning with Alan Lopez to Ted Cook dated 12/22/06 re: Seniority list
31. Email Chain beginning with Eric Yuhr to Bonni Geier dated 4/11/05 re: Seniority List
32. Vacation 2007 dated 12/28/2010 (Def's Production 02567 - 02594)
33. Seniority Lists (Def's Production 02601 – 02613)
34. Email chain beginning from Celia Locke to Gwen Williams dated 4/10/06 re: New members
35. Email Chain beginning Marlenis Smart to Gwen Williams and Walter Carroll dated 5/14/08 No Subject
36. Email Chain beginning Marlenis Smart to Gwen Williams dated 5/14/08 No Subject

135881-1

37. Email chain beginning from Celia Locke to Eric Yuhr dated 5/30/06 re: Firefighter Marlenis Smart
38. Records from Dr. Tosca Kinchelow re: Smart
39. Records from Dr. Jay Stein re: Smart
40. Records from Baptist Hospital re: Smart
41. Records from Dr. Michael B. Wittles re: Smart
42. Records from Dr. Margot Brilliant re: Smart
43. Records from Dr. Edwin Gomez re: Smart
44. Records from Dr. Richard Mufson re: Smart
45. Records from Dr. Dorto re: Smart
46. Records from Dr. David Howitt re: Smart
47. Records from Dr. William Brown re: Smart
48. Records from Dr. Jorge Medina re: Smart
49. Records from Dr. James Lewitt re: Smart
50. Records from Dr. Robert Tomchick re: Smart
51. Records from Dr. Andrea Towers re: Smart
52. Records from Dr. Anita Sherman re: Smart
53. Records from Dr. Manny Suarez PCP re: Smart
54. Records from Dr. Michael Jacobs re: Smart
55. Records from Beverage Canners re: Smart
56. Records from Compass Health re: Smart
57. Records from Chiquita Brand re: Smart
58. Records from Hallandale Beach Fire Dept. re: Smart
59. Records from Hialeah Police Dept.
60. Records from Florida State Fire College re: Smart
61. Records from Margate Fire Dept re: Smart
62. Records from Boca Raton Fire Dept. re: Smart
63. Records from Broward County Sheriff's Fire Dept. re: Smart
64. Records from Lauderhill Lake Fire Dept. re: Smart
65. Records from Pompano Beach Fire Dept. re: Smart
66. Records from Coral Springs Fire Dept. re: Smart
67. Records from St. Lucie Fire Dept. re: Smart
68. Plaintiff's Responses to Defendant's First Set of Interrogatories
69. Miami Beach's Background Information for Marlenis Smart (P's Production 000548 – 000553)
70. M.B.F.D. Training Report re: Marlenis Smart Starting Date 1/1/2005 (Smart Ex. 4)
71. Training Division 2005 Recruit Class #1 Score Sheet (Smart Ex. 5)

135881-1

72. Memorandum from Lt. C. Brown 1B to AC del Favero dated 1/18/2006 re: Summary of Marlenis Smart's Performance from April 2005 to 1/18/2006 (Smart Ex. 6)
73. Interoffice Memorandum from Javier H. Otero to Floyd Jordan dated 1/23/2006 re: Performance of Firefighter Marlenis Smart at Drill (Smart Ex. 7)
74. Fax from Darik Smart, Cover Message from Marlenis Smart to Chief Jordan dated 1/24/2006 re: Marlenis Smart (Smart Ex. 8)
75. Fax from M. Buttacaudi to Floyd Jordan dated 1/30 re: Marlenis Smart, Letters from Richard Mulson and Edy Guerra (Smart Ex. 9)
76. Composite of Evaluations and reports, Start date : 1/31/2005 re: Smart (Smart Ex. 10)
77. City of Miami Beach Employee Training Registration for Sexual Harrasment dated 6/1/2005
78. Email conversations from Tom Columbo to Marlenis Smart beginning 1/10/2006
79. Composite of Documents related to Marlenis Smart's Evaluation
80. Recruit Evaluation Report for Marlenis Smart from S. Reese, Class start 1/31/2005
81. Memorandum from C. Albury to Chief Otero dated 3/4/2005 re: Recruit Marlenis Smart; Recruit Evaluation Report for Marlenis Smart from Charles Albury, Class start 1/31/2005
82. Probationary Firefighter Evaluation 6/1/2005
83. Probationary Practical Test dated 8/2/2005
84. Probationary Firefighter Evaluation 8/12/2005
85. Interoffice Memorandum from Javier H. Otero to Ed Delfavero dated 1/17/2006
86. Memorandum from DC R. White/ B Shift to AC E. DelFavero dated 1/24/2006 re: FF1 Marlenis Smart
87. Probationary Firefighter Evaluation for Marlenis Smart dated 1/24/2006 re: Final Period
88. Email from Charles Brown to Ed Del Favero dated 1/22/2006 re: FF Smart
89. Email chain beginning 1/27/2006 between Marlenis Smart, Mayra Buttacavoli and Floyd Jordan re: decision
90. Memorandum from Floyd Jordan to Mayra Diaz-Buttacavoli dated 2/1/2006 re: Request for Extension of Probationary Period
91. Email from Javier Otero to Floyd Jordan dated 2/8/2006 re: Performance Evaluation

92. Interoffice Memorandum from Javier Otero to Floyd Jordan with attachments dated 2/8/2006 re: performance standard
93. Marlenis Smart Evaluation dated 5/13/06 (Def's Production 00886 -00891)
94. Marlenis Smart records re: extension of probationary period (Def's Production 00892 – 00905)
95. Marlenis Smart Performance Evaluation dated 3/2007 (Def's Production 00906 – 00911)
96. Memorandum from Jesus Sola to Marlenis Smart dated 2/24/09 (Def's Production 00937)
97. Marlenis Smart Performance Evaluation dated April 2009 (Def's Production 00945 – 00951)
98. Applicants for Promotion
99. Announcement of Promotional Competitive Position Open January 5, 2009 at 8:30a.m. Close February 12, 2009 at 5:00p.m. with M. Smart's handwritten notes
100. Email from Ramiro Inguanzo to Paulette Rolle dated 1/24/08 re: Fire Promotions (Def's Production 03957)
101. Memorandum from Eric Yuhr to All Personnel dated 12/22/10 re: Promotions (Def's Production 04230)
102. Emails between Javier Otero and Michael Fritz dated 1/7/09 re: announcements and booklists with booklist attached (Def's Production 02998 – 03003)
103. Announcement of Promotional Competitive Position Open January 5, 2009 at 8:30a.m. Close February 12, 2009 at 5:00p.m. (Def's Production 03006 – 03007)
104. Email Chain beginning with John Jaremko to Tia Gilbert dated 8/27/07 re: Centrelearn Demo
105. Email Chain beginning with Javier Otero to Fire A-Shift, Fire B-Shift, Fire C-Shirt and Fire D-Shift re: United Way Campaign random Drawing for 2006
106. Marlenis Smart's Probationary Evaluations (Def's Production 01334 – 01397, 01410 -01432)
107. Memorandum from Floyd Jordan to Marlenis Smart dated 2/15/2008 re: extension of probation
108. Final Exam of Marlenis Smart (Def's Production 01437 – 001450)
109. Test 5 of Marlenis Smart (Def's Production 01460 – 01465)
110. Test 4 of Marlenis Smart (Def's Production 01466 – 01471)
111. Test 3 of Marlenis Smart (Def's Production 01472 – 01476)
112. Test 2 of Marlenis Smart (Def's Production 01477- 01480)

135881-1

113. Test 1 of Marlenis Smart (Def's Production 01481 – 01485)
114. Marlenis Smart Probation File (Def's Production 00051 – 00121)
115. Documents regarding plaintiff's bra (Def's Production 00122 – 00128)
116. Marlenis Smart Evaluation May 2006 (Def's Production 00134 - 00139)
117. Performance Objective in Scott Air-Pack (Def's Production 01507)
118. Written Examination Emergency Vehicle Driver Training Program (Def's Production 01509 – 01513)
119. Test 8 of Marlenis Smart (Def's Production 01514 – 01516)
120. Probationary Test #1 of Marlenis Smart (Def's Production 01517 – 01522)
121. Probationary Test 2 of Marlenis Smart (Def's Production 01523 – 01531)
122. MBFD Performance Objectives (Def's Production 01546 – 01558)
123. Certification of Health Provider for Marlenis Smart dated 7/7/2008
124. Miami Beach Fire Dept Daily Schedule dated 7/4/2008
125. Email from Marlenis Smart to John Jaremko dated 1/15/2008 re: anniversary
126. City of Miami Beach Performance Management Process re: Marlenis Smart
127. Email Conversation between Marlenis Smart and John Jaremko dated 3/3/2008
128. Email conversation between Carleton Davison and Marlenis Smart beginning 5/17/2008 re: position and R-day changes
129. Email from Marlenis Smart dated 2/15/2006 re: nims
130. Email conversation between Marlenis Smart and John Jaremko beginning 1/31/2006 No subject
131. Miami Beach Fire Dept Training Roster 2008 dated 7/16/2008
132. Email conversation between Marlenis Smart and Javier Otero beginning 3/17/08 re: Smart March 15th, 2008
133. Email conversation between Marlenis Smart and Sandra Sicily beginning 7/9/08 No Subject
134. Shift Calendar July – September 2008
135. Plaintiff's response to Defendant's Motion for Summary Judgment
136. Promotional Employment Application of Marlenis Smart
137. Documents produced on Plaintiff's response to Omnibus order for Defendant's Motion to Compel
138. Email from Tia Gilbert to John Jaremko dated 8/31/07 re: CentreLearn demo; Email from John Jaremko to Fire Department dated 9/14/07 re: MBGD On-Line training: CentreLearn Demo
139. Email conversation from Marlenis Smart to Javier Otero beginning 1/31/07 No subject

135881-1

140. Email chain from Osvaldo Ramos to Carleton Davison, Ed Del Favero, Jeff Duckworth, Lonnie Gordon, John Jaremko, Sonia Manchen and David Noel dated 4/23/08 re: Need Assistance
141. Email from Jesus Sola to Christopher Parrino dated 2/22/08 re: remediation memo doc attached
142. Email from Michael Fritz to Javier Otero dated 1/7/09 re: Announcements and Booklists
143. Marlenis Smart Evaluation dated 3/5/08 (Def's Production 00415- 00421)
144. Memo to Robin Porter from Javier Otero dated 6/6/08 re: Interviews (Def's Production 00422 – 00423)
145. Disciplinary Actions from Jan 2006 – May 2008
146. Activity History Summary Detail Report 01/01/2006 – 03/25/2008 (Def's Bates 00555 – 00680)
147. Marlenis Smart City of Miami Beach Supplemental Information (Def's Production 00681 – 00743)
148. Email from Keith Yuhr to Fire Department dated 10/24/07, Email from Christopher Parrino to Eric Yuhr dated 2/19/08 re: addenda reports (Def's Production 01023)
149. In re: Miami Dade Fire Rescue Petition for Declaratory Statement DOH 2007-0102 (Def's Production 01024 – 01027)
150. Memorandums from Fred Keroff to Eric Yuhr dated 3/13/08 re: Smart and Spadone (Def's Production 01030 – 01031)
151. Handwritten Notes of Smart's Investigation by HR (Def's Production 01032 – 01040)
152. Memo from Marlenis Smart to Mayra Buttacavoli dated 1/24/06 re: Firefighter Marlenis Smart
153. Marlenis Smart Evaluation 3/10/06 (Def's Production 01617 – 01624)
154. CVSA Page 2 (Def's Production 01669 – 01671)
155. Handwritten Notes of Smart's Evaluation April – January 2006 (Def's Production 01710 – 01717)
156. Criminal Investigation Unit Supplemental Report #2008-3104 (Def's Production 02375 – 02379)
157. Activity History Summary Detail Report 1/1/2005 – 10/1/2010 (Def's Production 02403 – 02462)
158. Memorandum of Understanding 1/2009 between City and IAFF re: promotional process (Def's Production 02503 – 02505)
159. City of Miami Beach Fire Department Employee Browse 1/1/2005 – 10/1/2010 (Def's Production 02509 – 02514)

135881-1

160. Memorandum from Eric Yuhr to Javier Otero dated 12/17/2010 re: Bid Shift From A to B/C
161. Documents regarding shifts and supporting (Def's Production 02662 – 02677)
162. Email exchange re: Walter Carroll light duty (Def's Production 02678 – 02704)
163. Vacation Schedule 2008 (Def's Production 02705 - 02997)
164. Memorandum from Javier Otero to Walter Carroll dated 9/8/08 re: Shift Transfer (Def's Production 03060)
165. Email from Michelle Viera to Weinstein AC dated 1/14/09 re: certificate of appreciation (Def's Production 03111)
166. Memorandum from Eric Yuhr to Javier Otero dated 12/21/10 re: Bid shift from C to A/B (Def's Production (Def's Production 03113)
167. Email from Eric Yuhr to Javier Otero dated 10/9/08 re: Davison/Smart conversation (Def's Production 03271)
168. Email from Javier Otero to Yarily dated 7/31/08 re: Thompson letter
169. Email Chain beginning with Marlenis Smart to David Degrange dated 6/22/07 re: Thanks (Def's Production 04265 – 04266)
170. Memorandum from D. Thompson to Javier Otero dated 9/23/08 re: response with attachments

Plaintiffs Responses to Exhibits

Plaintiff objects to the following exhibits. Using the following codes

A- Authenticity

R-Relevancy

P- Privileged

| Number of Defendant's Exhibit | Plaintiffs Response |
|---|---|
| 11, 12, 13, 148 | A |
| 30, 31, 39 – 54, 62, 63, 104, 170 | R |
| 70 | P |

Respectfully submitted,

/s. Brigid A. Patrick
Susan Potter Norton, Esquire
Florida Bar No. 0201847
snorton@anblaw.com
Brigid A. Patrick, Esquire
Florida Bar No. 0079048
bpatrick@anblaw.com

Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:   305-445-7801
Fax:   305-442-1578
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that participants in the case identified on the attached Service List who are registered CM/ECF users will be served via transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that some of the participants in the case identified on the attached Service List are not registered CM/ECF users. Accordingly, I certify that I have mailed the foregoing document to the non-registered users by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days.

/s. Brigid A. Patrick
Attorney

135881-1

## SERVICE LIST

Marlenis Smart
540 Grand Concourse,
Miami Shores, FL 33138
Tel: (305) 751-8127
mfiresmart@comcast.net
Pro se Plaintiff
Via U.S. Mail

Susan Potter Norton, Esquire
snorton@anblaw.com
Brigid A. Patrick, Esquire
bpatrick@anblaw.com
ALLEN, NORTON & BLUE, P.A.
121 Majorca Avenue
Coral Gables, Florida 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
Counsel for Defendant

Rob Rosenwald
robrosenwald@miamibeachfl.gov
Senior Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
1700 Convention Center Drive
Miami Beach, FL 33139
Tel: 305-673-7000
Fax: 305-673-7002
Counsel for Defendant

135881-1