# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-21667-COOKE/TURNOFF

MARLENIS SMART,

    Plaintiff,

vs.

CITY OF MIAMI BEACH, FLORIDA,
a political subdivision,

    Defendant.
_____/

## Plaintiffs Exhibit B Numbered List of Witnesses

Below you will find the Numbered List of Exhibits that are expected to be used by the Plaintiff

| Witness No. | Witness Name | Witness Address |
|---|---|---|
| 1 | Frank Connely | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 2 | Donald Sapp | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 3 | Thomas Samperi | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 4 | Walter Carroll | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 5 | Joubert Dorleus | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 6 | Michelle Vierra | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 7 | Floyd Jordan | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 8 | Eric Berg | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 9 | David DeGrange | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 10 | Daniel Kokoram | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 11 | David Noel | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 12 | Millyes Gomez | 1680 Meridian Ave, Miami Beach, FL 33141 |

135885-1

| 13 | Lori Riley | 1680 Meridian Ave, Miami Beach, FL 33141 |
| --- | --- | --- |
| 14 | Sean Calpini | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 15 | Ana Cambo | 4255 Lake Road Miami FL, 33137 |
| 16 | Adonis Garcia | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 17 | Isabel Ochoa | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 18 | Edward Gonzalez | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 19 | Dr. Dorto | 2627 NE 203rd st suite 216 Miami, FL 33180 |
| 20 | Dr. Gomez / Segal (Group) | 1065 NE 125 st. suite 206 North Miami, FL 33161 |
| 21 | Reuben Rayneri | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 22 | Matti Herrera | 1700 Convention Center Drive Miami Beach, FL 33141 |
| 23 | Mayra Buttacavoli | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 24 | Jorge Gonzalez (City Manager) | 1700 Convention Center Drive Miami Beach, FL 33141 |
| 25 | Deede Weithorn | 1700 Convention Center Drive Miami Beach, FL 33141 |
| 26 | Robert Bedell | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 27 | Elena Ledon | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 28 | Kenneth Cole | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 29 | Tim Trout | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 30 | Patrick Huddleston | 1680 Meridian Ave, Miami Beach, FL 33141 |

Below you will find the numbered list of Witnesses that may be used by the Plaintiff.

| Witness No. | Witness Name | Witness Address |
| --- | --- | --- |
| 1 | Frank Connely | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 2 | Donald Sapp | 1680 Meridian Ave, Miami Beach, FL 33141 |
| 3 | Thomas Samperi | 1680 Meridian Ave, Miami |

135885-1

|    |                       |                                              |
|----|-----------------------|----------------------------------------------|
|    |                       | Beach, FL 33141                              |
| 4  | Walter Carroll        | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 5  | Joubert Dorleus       | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 6  | Michelle Vierra       | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 7  | Floyd Jordan          | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 8  | Eric Berg             | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 9  | John Jaremko          | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 10 | Daniel Martinez       | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 11 | Arilys Perez Beltran  | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 12 | Lori Riley            | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 13 | Sean Calpini          | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 14 | Chris Godinez         | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 15 | Cary Johnson          | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 16 | Samuel Spadone        | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 17 | Raul Sanchez          | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 18 | Ana Cambo             | 4255 Lake Road Miami FL, 33137               |
| 19 | Adonis Garcia         | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 20 | Detective McKay       | 10050 NE 2nd Ave. Miami Shores, FL 33138 |
| 21 | Officer Sims, A.      | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 22 | Sargeant Madison      | 1680 Meridian Ave, Miami Beach, FL 33141     |
| 23 | Officer Godwin        | 10050 NE 2nd Ave. Miami Shores, FL 33138 |

135885-1