# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-21667-COOKE/TURNOFF

MARLENIS SMART,

     Plaintiff,

vs.

CITY OF MIAMI BEACH, FLORIDA,
a political subdivision,

     Defendant.

_____/

## **DEFENDANT'S TRIAL WITNESS LIST**

### ***Witnesses Defendant Expects to Present***

1.    **Arelys Beltran,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding Plaintiff's dropped clothing and general information regarding her employment and working environment.

2.    **Aurellio Mederos,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding rotations and transfers, and general information regarding Plaintiff's employment and working environment.

3.    **Carleton Davison**, *Captain, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

4.   **Cary Johnson,** *Fire Fighter I, City of Miami Beach*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

5.   **Charles Albury,** *Former Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness is a former *Fire Fighter II* who is likely to have discoverable information concerning Plaintiff's allegations relating to him and others.

6.   **Charles Brown, Jr.,** *Lieutenant, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness is a Fire Lieutenant who is likely to have discoverable information concerning Plaintiff's allegations relating to him and others.

7.   **Christian Behrens,** *Lieutenant, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

8.   **Christopher Parrino,** *Division Chief, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

9.   **Cory Brown,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department

135648v1

1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

10. **Daniel Martinez**, *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

11. **David Degrange**, *Captain, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

12. **David Noel**, *C-Shift Division Chief, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

13. **Deede Weithorn**, *City Commissioner, City of Miami Beach*
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness has knowledge of the city's policies and procedures.

14. **Digna Abello**, *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

15.   **Dwight Nicholas,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and knowledge regarding Plaintiff's working conditions and environment at Station 1.

16.   **Edwin Cook, Lt.,** *City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding new equipment in bathroom and general information regarding Plaintiff's employment and working environment.

17.   **Elaine Suarez,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

18.   **Elena Ledon,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

19.   **Eric Berg,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

135648v1

This witness has knowledge regarding discriminatory statements allegedly made by Reese and Todd during training and after, and general information as to allegations regarding working environment.

20.   **Eric Yuhr,** *Fire Chief, City of Miami Beach Fire Department*
c/o City Attorney's Office
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness is the Fire Chief who is likely to have discoverable information concerning Plaintiff's allegations relating to him and others as well as knowledge of the City's policies and procedures.

21.   **Dr. Fred Keroff, M.D., FACEP,** *Medical Director for Miami Beach Fire & Rescue*
TeamHealth Southeast
14050 N.W. 14th Street, Suite 190
Fort Lauderdale, Florida 33323
(954) 475-1300
This witness is the Fire Department's Medical Director who is likely to have discoverable information concerning Plaintiff's allegations relating to the January 2008 rescue incident.

22.   **Isabel Ochoa,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

23.   **Javier Otero,** *Assistant Fire Chief, City of Miami Beach Fire Department*
c/o City Attorney's Office
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness is the Assistant Fire Chief who is likely to have discoverable information concerning Plaintiff's allegations relating to himself and others as well as knowledge of the City's policies and procedures.

135648v1

24. **Jesus Sola**, *Operations Division Chief, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the City's operations and the working conditions and environment at the City.

25. **John Jaremko**, *Battalion Chief, City of Miami Beach Fire Department*
c/o City Attorney's Office
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness is a Battalion Chief who is likely to have discoverable information concerning Plaintiff's allegations relating to him and others.

26. **Jorge Gonzalez**, *City Manager*
City of Miami Beach
1700 Convention Center Drive
Miami Beach, Florida 33139
The witness is the city manager and has knowledge of policies and practices of the city.

27. **Jorge Sanabria**, *Support Services and Training Division Chief, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the training and the working conditions and environment at the City.

28. **Joubert Dorleus,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

29. **Karen Mayer**

135648v1

Mt. Sinai Medical Center
4302 Alton Road
Miami Beach, FL 33140
(305) 674-2404
This witness has knowledge of the incident where Plaintiff provided the improper standard of care to a patient in the rescue unit, the severity of the injury sustained by this patient, and the Patient Care Reports submitted by Plaintiff.

30.     **Lori Riley**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

31.     **Lorie Andolina**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

32.     **M. Robin Porter, J.D.**, *Employee Relations Director*
City of Miami Beach
1700 Convention Center Drive
Miami Beach, FL 33139
This witness has knowledge that no discriminatory acts were taken.

33.     **Mark Barbera**, *Lieutenant,  City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

34.     **Mark Schwartz**, *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139

135648v1

305-673-7120

This witness has knowledge as to Plaintiff's allegations of comments regarding gender, her working environment, and documented counseling.

35.   **Mark Schwartz,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge as to Plaintiff's allegations of comments regarding gender, her working environment, and documented counseling.

36.   **Matti Herrera**, *City Mayor, City of Miami Beach*
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness has knowledge of the city's policies and procedures.

37.   **Mayra Buttacavoli,** *Retired Human Resources Director, City of Miami Beach*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding extension of Plaintiff's probationary period and enforcement prohibition against City's unlawful harassment and complaint procedure.

38.   **Michelle Viera,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

39.   **Nelson Gonzalez**, *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

135648v1

40. **Nicholas D'alessandro,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

41. **Paulette Rolle,** *H.R. Compensation*
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness has knowledge regarding the City's policies and procedures.

42. **Ramiro Inguanzo,** *Director of Human Resources*
c/o City Attorney's Office
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness is the City's Director of Human Resources who is likely to have discoverable information concerning Plaintiff's allegations relating to him and others, as well as knowledge of the City's policies and procedures.

43. **Robert Dowling,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the rescue incident on January 14, 2008 and of Plaintiff's working conditions and environment at Station 1.

44. **Roberto Quintana,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

135648v1

45.  **Russell Chisolm,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding Smart's allegation that refusal to work with her was gender based and general information regarding her employment and working environment. This witness has information regarding Smart's assignment to Station 2 and general information and knowledge regarding her working environment.

46.  **Russell White,** *Division Chief, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

47.  **Samuel Spadone,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

48.  **Sandra Sicily,** *Human Resources*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of Defendant's FMLA policies and procedures.

49.  **Scott Todd,** *Lieutenant, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

135648v1

50. **Sid Reese**, *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

51. **Ted Cook**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

52. **Dr. Thomas Goldschmidt**, *Expert Witness*
1801 North University Drive
Coral Springs, FL 33071
954-344-3900
This witness has knowledge regarding Plaintiff's Independent Medical Examination.

53. **Timothy Howarth**, *Lieutenant, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding training provided on how to properly complete a Patient Care Report.

54. **Walter Carroll**, *Lt., City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding Plaintiff's allegation of rumors because of her gender involving Lt. Carroll.

### <u>Witnesses Defendant May Call if the Need Arises</u>

135648v1

1.    **Alan Lopez,** *Fire Fighter II, City of Miami Beach Fire Department*
       Miami Beach Fire Department
       1680 Meridian Avenue
       Miami Beach, Florida 33139
       305-673-7120
       This witness has knowledge regarding discriminatory statements allegedly
       made by Reese during training and after, and general information as to
       allegations regarding working environment.

2.    **Alexander Nunez,** *Fire Fighter, City of Miami Beach Fire Department*
       Miami Beach Fire Department
       1680 Meridian Avenue
       Miami Beach, Florida 33139
       305-673-7120
       This witness has knowledge of the work environment, that there were no
       other similarly situated individuals treated differently, and that there was
       no falsification of documents.

3.    **Angel Ortega,** *Fire Fighter, City of Miami Beach Fire Department*
       Miami Beach Fire Department
       1680 Meridian Avenue
       Miami Beach, Florida 33139
       305-673-7120
       This witness has knowledge regarding rotations and transfers, and general
       information regarding Plaintiff's employment and working environment.

4.    **Anita Sherman,** *Psychologist*
       1990 NE 163rd Street
       North Miami Beach, FL 33162
       305-947-7110
       This witness has knowledge regarding treatment of Plaintiff and her mental
       condition.

5.    **Dr. Anthony Dorto**
       2627 NE 203rd Street, Ste. 116
       Miami, FL 33180
       305-932-4797
       This witness has knowledge regarding treatment of Plaintiff.

6.    **Bryan Baez** *Fire Fighter, City of Miami Beach Fire Department*
       Miami Beach Fire Department
       1680 Meridian Avenue
       Miami Beach, Florida 33139

305-673-7120

This witness has knowledge of the work environment, that there were no other similarly treated individuals treated differently, and that there was no falsification of documents.

7. **Charles Pereny**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

8. **Christopher D'Angelo**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

9. **Claudio Novas,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

10. **Cliff Leonard**
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness has knowledge of the City's Worker's Compensation and risks policies.

11. **Damon Keller,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

12. **Daniel Kokaram,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

13. **Daniel Lubinski,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of Plaintiff's working conditions and environment at Station 1.

14. **Darryl Bell,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

15. **Dave Frazier,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

16. **Dr. David Howitt,** *Opthalmology*
1460 Northeast 123rd Street
North Miami, FL 33161
305-891-0331
This witness has knowledge regarding treatment of Plaintiff.

17. **Dr. David Lang**
Mt. Sinai Hospital

4300 Alton Road #350
Miami Beach, FL 33140
(305) 651-2270

This witness has knowledge of the incident where Plaintiff provided the improper standard of care to a patient in the rescue unit, and the severity of the injury sustained by this patient.

18.   **David Yocum,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

19.   **Diego Lugo,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

This witness has knowledge of Plaintiff's working conditions and environment at Station 1.

20.   **Donald Sapp**, *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

This witness has knowledge of the working conditions and environment at the City.

21.   **Douglas Mulshine, Lt.** *City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

This witness has knowledge regarding new equipment in bathroom and general information regarding Plaintiff's employment and working environment.

22.   **Douglas Thompson,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue

135648v1

Miami Beach, Florida 33139

305-673-7120

This witness has knowledge of Plaintiff's working condition and environment at Station 1.

23.   **Dwayne Drury**, *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department

1680 Meridian Avenue

Miami Beach, Florida 33139

305-673-7120

This witness has knowledge of the working conditions and environment at the City.

24.   **Ed Del Favero**, *Former Interim/Assistant Fire Chief, Miami Beach Fire Department*

c/o City Attorney's Office

City of Miami Beach

1700 Convention Center Drive, Fourth Floor

Miami Beach, Florida 33139

This witness is a former Assistant Fire Chief who is likely to have discoverable information concerning Plaintiff's allegations relating to him and others.

25.   **Edward Contreras, Jr.**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department

1680 Meridian Avenue

Miami Beach, Florida 33139

305-673-7120

This witness has knowledge of the working conditions and environment at the City.

26.   **Edward Gonzalez**, *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department

1680 Meridian Avenue

Miami Beach, Florida 33139

305-673-7120

This witness has knowledge of the working conditions and environment at the City.

27.   **Dr. Edwin Gomez**, *Psychiatrist*
1065 NE 125th Street #206

North Miami, FL 33161

135648v1

305-891-0050

This witness has knowledge regarding treatment of Plaintiff and her mental health condition.

28.   **Enrique Roque**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

29.   **Eric Rodriguez**, *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of Plaintiff's working condition and environment at Station 1.

30.   **Floyd Jordan**, *Former Fire Chief, City of Miami Beach Fire Department*
c/o City Attorney's Office
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness is the former Fire Chief who is likely to have discoverable information concerning Plaintiff's allegations relating to him and others as well as knowledge of the City's policies and procedures.

31.   **Frank Conolly**, *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

32.   **Gary Miano**, *Fire Fighter II, City of Miami Beach Fire Department.*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

135648v1

This witness has knowledge of the working conditions and environment at the City.

33. **Gwendalyn Williams,** *Administrative Aide II, City of Miami Beach Fire Dept.*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of Defendant's payroll policies and procedures.

34. **Hayden Rick,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding rotations and transfers and general information regarding her employment and working environment.

35. **James Aiello,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

36. **James McDaniel***, Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

37. **Dr. James Levitt,** *Gastroenterology*
7500 SW 87th Avenue
Suite 200
Miami, FL 33173
305-913-0666
This witness has knowledge regarding treatment of Plaintiff.

38. **Dr. Jay Stein,** *Orthopedic Surgeon*
    209 Northeast 95th Street, Suite 8
    Miami Shores, FL 33138
    305-751-2850
    This witness has knowledge regarding treatment of Plaintiff.

39. **Jeffrey Duckworth,** *Division Chief, City of Miami Beach Fire Department*
    Miami Beach Fire Department
    1680 Meridian Avenue
    Miami Beach, Florida 33139
    305-673-7120
    This witness has knowledge of the working conditions and environment at the City.

40. **Jeremy Bloomfield,** *Fire Fighter, City of Miami Beach Fire Department*
    Miami Beach Fire Department
    1680 Meridian Avenue
    Miami Beach, Florida 33139
    305-673-7120
    This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

41. **John Carlisle,** *Fire Fighter I, City of Miami Beach Fire Department*
    Miami Beach Fire Department
    1680 Meridian Avenue
    Miami Beach, Florida 33139
    305-673-7120
    This witness has knowledge of the working conditions and environment at the City.

42. **John Watson,** *Fire Fighter, City of Miami Beach Fire Department*
    Miami Beach Fire Department
    1680 Meridian Avenue
    Miami Beach, Florida 33139
    305-673-7120
    This witness has knowledge of Plaintiff's working conditions and environment at Station 1.

43. **Dr. Jorge Mendia,** *OBGYN*
    3659 S. Miami Avenue
    Miami, FL 33133
    305-854-2899

135648v1

This witness has knowledge regarding treatment of Plaintiff.

44. **Jose Morales**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

45. **Joseph Florio**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

46. **Kenneth Cole,** *Fire Fighter I, City of Miami Beach Fire Department*
*Miami Beach Fire Department*
*1680 Meridian Avenue*
*Miami Beach, Florida 33139*
*305-673-7120*
*This witness has knowledge of the working conditions and environment at the City.*

47. **Kenny Reardon,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of Plaintiff's working conditions and environment at Station 1.

48. **Lee Amato**, *Captain, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

49. **Lydia Carroll**

Address Unknown
This witness has knowledge regarding Plaintiff's allegation of rumors because of her gender involving Lt. Carroll.

50. **Dr. Manny Suarez**, *PCP*
1435 W 49th Place #207
Hialeah, FL 33012
305-556-8556
This witness has knowledge regarding treatment of Plaintiff.

51. **Dr. Margot Brilliant**, *Orthodontist*
18851 NE 29th Avenue, Suite 300
Aventura, FL 33180
305-933-1415
This witness has knowledge regarding treatment of Plaintiff.

52. **Dr. Mario Nanes**
Mt. Sinai Hospital
4302 Alton Road
Miami Beach, FL 33140
(305) 674-2404
This witness has knowledge of the incident where Plaintiff provided the improper standard of care to a patient in the rescue unit, the severity of the injury sustained by this patient, and the Patient Care Reports submitted by Plaintiff.

53. **Dr. Mark Hauser**, *Pulmonologist*
Address Unknown, Doctor retired
This witness has knowledge regarding treatment of Plaintiff.

54. **Marlenis Smart**, *Plaintiff*
This witness is the Plaintiff in this case and has knowledge of the claims and defenses.

55. **Dr. Michael Jacobs**, *Fertility Center*
8950 North Kendall Drive
Suite 103
Kendall, FL 33176
305-596-4013
This witness has knowledge regarding treatment of Plaintiff.

56. **Michael Mullins**, *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

135648v1

This witness has knowledge of Smart's working conditions and environment at Station 1.

57.  **Michael Olivares**, *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

58.  **Miguel Hernandez**, *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

59.  **Mike Lynch**, *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of Smart's working conditions and environment at Station 1.

60.  **Nelson Montes De Oca**, *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of Plaintiff's working conditions and environment at Station 1

61.  **Raul Sanchez**, *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120

This witness has knowledge regarding discriminatory statements allegedly made by Reese during training and after, and general information as to allegations regarding working environment.

62. **Richard De la Vega,** *Lieutenant, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

63. **Richard Diaz,** *Fire Fighter*, *City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding rotations and transfers and general information regarding her employment and working environment.

64. **Richard McNelis**, *Asst. General Counsel, Florida Dept. of Health*
4052 Bald Cypress Way C-18
Tallahassee, FL 32399
850-245-4028
This witness has knowledge of the actions taken by the department of health in regard to the plaintiff.

65. **Dr. Richard Mufson**, *oral surgeon*
20480 W. Dixie Hwy
Miami, FL 33180
305-935-7501
This witness has knowledge regarding treatment of Plaintiff.

66. **Robert Bedell,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

67. **Dr. Robert Tomchick**, *PCP*
3161 SW 160th Avenue
Miramar, FL 33027

954-450-3550
This witness has knowledge regarding treatment of Plaintiff.

68. **Roland Sanchez,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at
the City.

69. **Ruben Raynery,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of Plaintiff's working conditions and
environment at Station 1.

70. **Sean Calpini,** *Fire Fighter I, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at
the City.

71. **Steven Phillips,** *Lieutenant, City of Miami Beach Fire Deparment*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at
the City.

72. **Stuart Merker,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at
the City.

135648v1

73.   **Thomas Samperi,** *Lieutenant, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

74.   **Timothy Dougherty,** *Lieutenant, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of the working conditions and environment at the City.

75.   **Tim Hemstreet,** *Former Asst. City Manager, City of Miami Beach*
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness has knowledge of the city's policies and procedures.

76.   **Tom Columbano,** *Former Captain, City of Miami Beach Fire Department*
c/o City Attorney's Office
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness is a former Captain who is likely to have discoverable information concerning Plaintiff's allegations relating to him and others.

77.   **Dr. Tosca Kinchelow,** *hand doctor*
North Park Professional Building
100 NW 170th Street, Suite 101
North Miami Beach, FL 33169
786-261-0222
This witness has knowledge regarding treatment of Plaintiff.

78.   **Walter Kelly,** *Fire Fighter, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139

135648v1

305-673-7120
This witness has knowledge regarding Smart's allegation that refusal to work with her was gender based and general information regarding her employment.

79. **William Azzinaro,** *EMS Coordinator for City of Miami Beach*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge of EMS policies, procedures, and certifications.

80. **Dr. William Brown,** *ENT*
8940 SW 88th Street, Suite 504E
Miami, FL 33176
786-596-6525
This witness has knowledge regarding treatment of Plaintiff.

81. **William McCane,** *Fire Fighter II, City of Miami Beach Fire Department*
Miami Beach Fire Department
1680 Meridian Avenue
Miami Beach, Florida 33139
305-673-7120
This witness has knowledge regarding Smart's allegation that refusal to work with her was gender based and general information regarding her employment and working environment.

82. **Yarily Sam,** *Labor Relations Specialist, City of Miami Beach*
City of Miami Beach
1700 Convention Center Drive, Fourth Floor
Miami Beach, Florida 33139
This witness has knowledge of the city's policies and procedures

Respectfully submitted,

_____/s. Brigid A. Patrick_____
Susan Potter Norton, Esquire
Florida Bar No. 0201847
snorton@anblaw.com
Brigid A. Patrick, Esquire
Florida Bar No. 0079048
bpatrick@anblaw.com

135648v1

Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:    305-445-7801
Fax:   305-442-1578
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that participants in the case identified on the attached Service List who are registered CM/ECF users will be served via transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that some of the participants in the case identified on the attached Service List are not registered CM/ECF users. Accordingly, I certify that I have mailed the foregoing document to the non-registered users by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days.

/s. Brigid A. Patrick
Attorney

## SERVICE LIST

Marlenis Smart
540 Grand Concourse,
Miami Shores, FL 33138
Tel:  (305) 751-8127
mfiresmart@comcast.net
Pro se Plaintiff
Via U.S. Mail

Susan Potter Norton, Esquire
snorton@anblaw.com
Brigid A. Patrick, Esquire
bpatrick@anblaw.com
ALLEN, NORTON & BLUE, P.A.
121 Majorca Avenue
Coral Gables, Florida 33134
Tel:    (305) 445-7801
Fax:   (305) 442-1578
Counsel for Defendant

135648v1

Rob Rosenwald
robrosenwald@miamibeachfl.gov
Senior Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
1700 Convention Center Drive
Miami Beach, FL 33139
Tel: 305-673-7000
Fax: 305-673-7002
Counsel for Defendant

135648v1